

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Stephen Wulff, Appellant

No. 06-14-00070-CV      v.

Jeff Fratangelo, Appellee

Appeal from the 276th District Court of Marion County, Texas (Tr. Ct. No. 0900107). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

  As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

  We further order that the appellant, Stephen Wulff, pay all costs of this appeal.

RENDERED JANUARY 16, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk